IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KINGSTON LLC, et al.,**

    **Plaintiffs,**

  vs.                              Civil Action 2:13-cv-114
                                      Judge Marbley
                                      Magistrate Judge King

**Internal Revenue Service,**

    **Defendant.**

## ORDER

Two exhibits attached to the *Complaint* contain personal identifying information. *See Exhibits A and B*, attached to the *Complaint*, Doc. No. 2. The Clerk is therefore **DIRECTED** to file these exhibits under seal.

February 12, 2013                                    *s/Norah McCann King*
                                                          Norah M$^c$Cann King
                                                 United States Magistrate Judge